UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO FERRUSCO-ARRIAGA,

    Defendant.

SEALED

Case No. 25-CR- **25-CR-182**

[18 U.S.C. § 1326(a)(2)]

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about August 12, 2025, in the State and Eastern District of Wisconsin,

**PEDRO FERRUSCO-ARRIAGA,**

an alien who previously had been removed from the United States, was found in Manitowoc County, Wisconsin, without having obtained the express consent of the Secretary of Homeland Security for re-application for admission into the United States.

2. The defendant was previously ordered removed from the United States on or about June 20, 2008, and was physically removed to Mexico on two prior occasions, namely on or about July 1, 2008, and November 25, 2008.

All in violation of Title 8, United States Code, Section 1326(a)(2).

A TRUE BILL:

FOREPERSON
Dated: 9-23-25

RICHARD G. FROHLING
Acting United States Attorney